UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA


**CIVIL MINUTES – GENERAL**


Case No.   5:26-cv-00484 MEMF (DSR)                                    Date: March 5, 2026

Title      Sukhraj Singh Sukhraj v. Mark Bowen, et al.


Present:  The Honorable:   Daniel S. Roberts, United States Magistrate Judge


|              L. Krivitsky              |              n/a              |
| :---: | :---: |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
| :---: | :---: |
| None present | None present |


**Proceedings:**          (IN CHAMBERS) **ORDER TO SHOW RE FAILURE TO RESPOND TO COURT ORDER REQUIRING RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS**


On February 12, 2026, the Court entered an Order Requiring Response to Petition for Writ of Habeas Corpus. See Doc. No. 4. Therein, the Court required Respondents to file a Notice of Appearance within seven (7) days of the date of that Order (i.e., by February 19, 2026) and either a Motion to Dismiss or an Answer to the Petition within fourteen (14) days of the date of that Order (i.e., but February 26, 2026). Id. at ¶¶ 3-4, 7. To date, Respondents have not complied with either requirement – they have not filed any Notice of Appearance, nor any substantive response (Motion or Answer) to the Petition.

Respondents are hereby ORDERED TO SHOW CAUSE, no later than **9:00 a.m. on March 9, 2026**, why they have failed to comply with the Court's Order Requiring a Response. They may do so by either filing a Notice of Appearance and Response to the Petition – in which they address ALL claims and bases alleged in the Petition – or by filing a sworn Declaration

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   5:26-cv-00484 MEMF (DSR)                              Date: March 5, 2026

Title        Sukhraj Singh Sukhraj v. Mark Bowen, et al.


showing good cause for their failure to comply with the Court's February 12th Order and a commitment to a date by which they will file a response addressing all claims and bases alleged in the Petition.

        FAILURE TO RESPOND TO THIS ORDER MAY BE TREATED AS A CONCESSION THAT PETITIONER IS ENTITLED TO THE RELIEF SOUGHT, OR AT LEAST THAT THE FACTUAL ALLEGATIONS IN THE PETITION ARE TRUE.

cc:  Daniel.Beck@usdoj.gov

|  | : |
| --- | --- |
| **Initials of Preparer** | LK |