UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA


**CIVIL MINUTES – GENERAL**


Case No.  5:26-cv-00484-MEMF-DSR                          Date: 08/03/2026

Title      SUKHRAJ SINGH SUKHRAJ v. BOWEN, et al.


Present:  The Honorable:  Daniel S. Roberts, United States Magistrate Judge


| L. Krivitsky | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
|---|---|
| None present | None present |


**Proceedings:**          (IN CHAMBERS) **ORDER REQUIRING FURTHER BRIEFING**


On June 29, 2026, Respondents filed an "Amended Notice of Intended Removal."[1]  See Doc. No. 12.  Therein, Respondents state that "On June 29, 2026, ICE has served a notice of removal on the Petitioner, identifying him as scheduled for transfer on July 6, 2026, in accordance with his Final Order of Removal issued on May 22, 2026."  Id. at 2:7-9.  While Respondents did attach a "Notification of Removal" which states that Petitioner is subject to a final order of removal (see Doc. No. 12-1), Respondents did not attach the final order of removal itself.  See generally Doc. No. 12.  Moreover, a search of the U.S. Immigration and Customs Enforcement's Online Detainee Locator System, using Petitioner's A-Number and country of birth, indicates that Petitioner is still in the custody of Respondents at the Adelanto ICE Processing Center.  See ICE Online Detainee Locator System, https://locator.ice.gov/odls/#/search (last visited August 3, 2026).

The parties are therefore ordered to file supplemental briefing by no later than **August 7, 2026, at 5:00 p.m. PST** and address the following questions:

(1) whether Petitioner is presently subject to mandatory detention under 8 U.S.C. § 1231, including providing evidence that he is subject to an administratively final order of removal; and

---

[1] Respondents originally filed a Notice of Intended Removal on June 26, 2026, which stated that Respondents intended to remove Petitioner from the United States on June 28, 2026.  See Doc. No. 11.

---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  5:26-cv-00484-MEMF-DSR                                Date: 08/03/2026

Title      SUKHRAJ SINGH SUKHRAJ v. BOWEN, et al.

(2) if Petitioner is subject to mandatory detention under Section 1231 as a result of now having a final order of removal, why the current Petition challenging his detention under 8 U.S.C. §§ 1225 and/or 1226 is not now moot.

Upon timely submission of the requested supplemental briefs, the Petition will be again taken under submission for determination.

IT IS SO ORDERED.

|   |   |
|---|---|
| | : |
| **Initials of Preparer** | LK |